Youssef H. Hammoud (CA #321934)
(admitted *pro hac vice*)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Ryan Farnsworth, ID #8885
Avery Law
770 S. Woodruff Ave
Idaho Falls, ID 83401
Tel: 208-524-3020
Fax: 208-524-2051
Email: ryan@averylaw.net
*Attorneys for Plaintiff,*
*Roger Davison*

**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF IDAHO**
**(EASTERN DIVISION)**

| | |
|---|---|
| ROGER DAVISON, | Case No.: 4:21-cv-00111-BLW |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| NETCREDIT LOAN SERVICES, LLC d/b/a NETCREDIT, | |
| Defendant. | |

///
///

NOTICE IS HEREBY GIVEN that Plaintiff Roger Davison ("Plaintiff") and Defendant NetCredit Loan Services, LLC d/b/a NetCredit ("NetCredit"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and Plaintiff expects to file the appropriate dismissal documents within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Defendant NetCredit. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

                                                RESPECTFULLY SUBMITTED,

DATED: August 30, 2021      By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (CA #321934)
(admitted *pro hac vice*)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Ryan Farnsworth, ID #8885
Avery Law
770 S. Woodruff Ave
Idaho Falls, ID 83401
Tel: 208-524-3020
Fax: 208-524-2051
Email: ryan@averylaw.net
*Attorneys for Plaintiff,*
*Roger Davison*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been m provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**
*/s/ Roxanne Harris*